UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JEFFREY D. BIANCHI,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, JEFFREY D. BIANCHI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, PENNCRO ASSOCIATES, INC., is a professional corporation and citizen of the State of Pennsylvania with its principal place of business at Suite 113, 95 James Way, Southampton, Pennsylvania 18966.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

September 9, 2009, 1:06 PM
Pre-Recorded Message: All repre –
Human Caller: Jeff?

September 9, 2009, 3:27 PM
Pre-Recorded Message: All representatives are temporarily busy assisting other customers –
Human Caller: Hello?

September 10, 2009

2

Message for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, hang up or disconnect.  If you are Jeffrey Bianchi, continue to listen to this message and there will be a 3 second pause in the message.  By continuing to listen to this message, you acknowledge you are Jeffrey Bianchi.  This is David Stein from Penncro Associates.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Contact us regarding an important business matter at 1-800-284-5232 extension 2681.

September 11, 2009
This message is for Jeffrey Biananchi – Bianchi.  If you are not Jeffrey Bianchi, hang up or disconnect.  If you are Jeffrey Bianchi, please listen to this message.  There will now be a three second pause in this message.  By continuing to listen to this message, you have acknowledged that you are Jeffrey Bianchi.  This is Stacy (inaudible) at Penncro Associates.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Contact us regarding an important business matter at 1-866-779-9279.

September 14, 2009 – Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

September 16, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.

September 17, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold –

September 18, 2009, 8:48 AM – Blank Message

September 18, 2009, 12:43 PM – Pre-Recorded Message

This is a message for Jeffrey Bianchi.  If you are not Jeffrey Bianchi, please hang up or disconnect.  If you are Jeffrey Bianchi, please continue to listen to this message.  There will now be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge that you are Jeffrey Bianchi.  This is Penncro Associates.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us about an important business matter at 1-800-678-1826.  Thank you.

September 19, 2009 – Blank Message

September 21, 2009 – Blank Message

September 22, 2009
This is for Jeff Bianchi. If you are not Jeff Bianchi please hang up or disconnect. If you are Jeff Bianchi, please continue to listen to this message. There will now be a three second pause in the message. By continuing to listen to this message you acknowledge you are Jeff Bianchi. This is David Stein from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us regarding an important business matter at 1-800-284-5232. Extension 2681.

September 23, 2009
This is for Jeff Bianchi. If you are not Jeff Bianchi please hang up or disconnect. If you are Jeff Bianchi, continue to listen to this message. There will now be a three second pause in the message. By continuing to listen to this message you acknowledge you are Jeff Bianchi. This is David Stein from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Contact us regarding an important business matter at 1-800-284-5232. Extension 2681.

September 24, 2009
Message is for Jeffrey Bianchi. If you aren't Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will be a three second pause in the message. By continuing to listen to the message you acknowledge you are Jeffrey Bianchi. My name is Shania and I am with Penncro Associates, and this is an attempt to collect a debt and any information obtained will be used for that purpose. Contact our office regarding a very important business matter at 800-284-5232. Extension is 2692.

September 25, 2009, 8:35 AM – Blank Message

September 25, 2009, 11:29 AM – Blank Message

September 28, 2009 – Inaudible Message

September 29, 2009 – Pre-Recorded Message
All representatives are temporarily busy –

September 30, 2009 – Blank Message

October 2, 2009 – Blank Message

October 5, 2009
Pre-Recorded Message: Representatives are –
Human Caller: Hello? Hello?

October 6, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey. This is Miranda from Penncro Associates, this is an attempt to collect a debt.  Any information obtained will be used for that purpose. Please contact my office regarding an important business matter at 1-800-284-5232. Extension is 2664.

October 7, 2009
This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is (inaudible) from Penncro Associates, this is an attempt to collect a debt.  Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 1-800-284-5232, extension 2657. Good day.

October 9, 2009
This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to

5

message. There will now be a three second pause in message. By continuing to listen to message you acknowledge you are Jeffrey Bianchi. My name is Armond (inaudible) from Penncro Associates, this is an attempt to collect a debt, any information obtained from you will be used for collection purposes. Please contact us regarding important business matter at 1-800-284-5232, extension 2694. Thank you.

October 10, 2009 – Blank Message

October 13, 2009 – Blank Message

October 13, 2009 – Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 800-678-1826. Thank you.

October 14, 2009
Good evening, is –

October 15, 2009
Good morning this message is for Jeffrey. If you are not Jeffrey please hang up and disconnect if you are please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message you are acknowledging that you are Jeffrey Bianchi. My name is Mr. Woods and I'm calling from Penncro Associates. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact us regarding this important business matter. My number is 1-800-284-5232. My extension is 2690. Thank you.

October 20, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rodney Williams from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that

purpose. Please contact us regarding your an important business matter at 1-800-284-5232. My extension is 2647.

October 21, 2009 – Blank Message

October 22, 2009, 2:48 PM
This is a message for Jeffrey Bianchi. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message you agree to acknowledge you are Jeffrey Bianchi. My name is Shania I'm with the offices of Penncro Associates, and this is an attempt to collect a debt and any information obtained will be used for that purpose. Contact our office regarding this very important business matter at 800-284-5232. Extension is 2692.

October 26, 2009, 11:26 AM – Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi, please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

October 26, 2009, 7:15 PM – Pre-Recorded Message
All representatives are –

October 27, 2009 – Pre-Recorded Message
Representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay, but you will be connected in just a moment –

October 28, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey. This is Miranda from Penncro Associates, this is an attempt to collect a debt. Any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232 extension 2663.

October 28, 2009 – Blank Message

October 30, 2009 – Blank Message

November 3, 2009
Pre-Recorded Message: All representatives are temporarily busy assisting other customers. Please continue to hold briefly.

Human Caller: Hello Jeffrey? This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Anthony Bocardi from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us regarding an important business matter at 1-800-284-5232. Extension 2523.

November 4, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause on this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Rhonda from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.

November 5, 2009, 10:17 AM – Pre-Recorded Message
This message is for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

November 5, 2009, 2:12 PM
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message.

There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rhonda from Penncro Associates, this is an attempt to collect a debt, any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.

November 6, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey. This is Rhonda from Penncro Associates, this is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.

November 9, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rodney Williams from Penncro Associates, this is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us regarding an important business matter at 1-800-284-5232. I can be reached at extension 2647.

November 10, 2009
This message is for Jeffrey. If you are not Jeffrey please hang up or disconnect. If you are Jeffrey, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Rhonda from Penncro Associates, this is an attempt to collect a debt, any information obtained from you will be used for collection purposes. Please contact my office regarding important business matter at 1-800-284-5232, extension 2663.

November 11, 2009 – Pre-Recorded Message

All representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay but you will be connected in just a moment. Please continue to hold briefly.

November 12, 2009 – Blank Message

November 13, 2009, 10:45 AM – Blank Message

November 13, 2009, 1:52 PM – Pre-Recorded Message
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

November 16, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold briefly. We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.

November 17, 2009, 8:47 AM – Blank Message

November 17, 2009, 5:31 PM – Blank Message

November 18, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi hang up or disconnect. If you are Jeffrey Bianchi, continue to listen to this message. By continuing to listen to this message you have acknowledged that you are Jeffrey Bianchi. This is Robert Hodson from Penncro Associates, this call is an attempt to collect a debt, any information obtained will be used for this purpose. Feel free to contact my office regarding this important business matter at 1-800-284-5232. Extension 2660. Thank you.

November 19, 2009, 11:18 AM
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message, now there will be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey

Bianchi. This is Bill Blank from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-284-5232. My extension is 2681.

November 19, 2009, 7:42 PM
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up. If you are Jeffrey Bianchi, please continue to listen to this message, as there will be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Jessica Daily from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me regarding an important business matter. My number is 800-284-5232. Extension 2622.

November 20, 2009
This call is very important for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect this call. If you are Jeffrey Bianchi, continue listening to this message, there will be a three second pause. By continuing to listen to this message you have just acknowledged that you are Jeffrey Bianchi. My name is Mr. Smalls, I am calling from the offices of Penncro and Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Correspond with this office today, it's important, at 1-800-284-5232. Please reference my extension is 2523. Also please reference ID number EG1894. EG1894 it's important. Thank you.

November 21, 2009
This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

November 23, 2009 – Pre-Recorded Message
All representatives are temporarily busy assisting other customers. Please continue to hold briefly.

November 24, 2009, 11:18 AM

>We apologize for the delay. You will be connected in just a moment. Please continue to hold briefly.
>
>November 24, 2009, 1:50 PM
>This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message, as there will be a three second pause in this message. By continuing to listen to this message you acknowledge you are Jeffrey Bianchi. This is Jessica Daily from Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me regarding an important business matter. My number is 800-284-5232, extension 2622.
>
>November 25, 2009 – Blank Message
>
>December 1, 2009
>This message is for Jeffrey if you are not Jeffrey please hang up or disconnect. If you are Jeffrey please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey. This is Rhonda from Penncro Associates, this is an attempt to collect a debt, any information obtained will be used for that purpose. Please contact my office in regarding an important business matter at 1-800-284-5232. Extension 2663.
>
>December 3, 2009 – Blank Message
>
>December 4, 2009 – Pre-Recorded Message
>This is a message for Jeffrey Bianchi. If you are not Jeffrey Bianchi please hang up or disconnect. If you are Jeffrey Bianchi, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge that you are Jeffrey Bianchi. This is Penncro Associates, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter at 1-800-678-1826. Thank you.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in some of the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S.

Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.    Plaintiff incorporates Paragraphs 1 through 17.

21.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.,</u> 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22. Plaintiff incorporates Paragraphs 1 through 17.

23. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24. Plaintiff incorporates Paragraphs 1 through 17.

25. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

### COUNT V
### ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26.    Plaintiff incorporates Paragraphs 1 through 17.

27.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28.   Plaintiff incorporates Paragraphs 1 through 17.

29.   By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30.   The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.   Damages;

      b.   Attorney's fees, litigation expenses and costs of suit;

      c.   declaring that Defendant's practices violate the FCCPA;

      d.   permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31. Plaintiff incorporates Paragraphs 1 through 17.

32. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. a declaration that Defendant's calls violate the TCPA;

  c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

  d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

         DONALD A. YARBROUGH, ESQ.
         Attorney for Plaintiff
         Post Office Box 11842

        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658